IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-3-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| ERIK MATTHEW GRITZINGER, | |
| Defendant. | |

The United States having moved to dismiss the above-captioned case in light of the death of the defendant,

IT IS ORDERED that the motion (Doc. 20) is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  All pending motions are denied as moot and all deadlines are vacated.

DATED this ___ day of March, 2024.

_____
Donald W. Molloy, District Judge
United States District Court